No. 672          September 18, 2024          185

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Douglas Charles FLESEY,
*Plaintiff-Appellant,*

*v.*

COLUMBIA MEMORIAL HOSPITAL,
an Oregon corporation,
dba The Lower Columbia Clinic,
and Thomas Scott DUNCAN, M.D.,
an individual,
*Defendants-Respondents.*

Clatsop County Circuit Court
22CV10739; A179813

Beau V. Peterson, Judge.

Submitted August 7, 2024.

Patrick D. Angel and Angel Law PC filed the briefs for appellant.

Matthew J. Kalmanson, Taylor B. Lewis, and Hart Wagner LLP filed the brief for respondents.

Elizabeth C. Savage, filed the brief *amicus curiae* for Oregon Trial Lawyers Association.

Sara Kobak and Schwabe, Williamson & Wyatt, P.C., filed the brief *amicus curiae* for Oregon Association of Defense Counsel.

Before Shorr, Presiding Judge, Mooney, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *Mouton v. TriMet*, 331 Or App 247, 546 P3d 1, *rev den*, 372 Or 718 (2024).